UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 21899
  KIRK PAYTON

                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-9011

--------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/08/04 and confirmed on 08/05/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  22800.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | CURRENT MORTG | 11603.00 | .00 | 11603.00 |
| AMERICAN GENERAL FINANCE | MORTGAGE ARRE | 5792.17 | .00 | 5792.17 |
| DISCOVER BANK | UNSECURED | 2090.65 | .00 | 2090.65 |
| LOUISE COLEMAN | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:
--------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
--------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 17395.17 | .00 | 2090.65 | .00 | 19485.82 |
| PRINCIPAL PAID | 17395.17 | .00 | 2090.65 | .00 | 19485.82 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 17395.17 | .00 | 2090.65 | .00 | 19485.82 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $  2700.00
and was paid $    500.00  direct and $   2200.00  through the plan.

The Trustee received $   921.57 .

Refunds to the Debtor totaled $    192.61 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/08/08              /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 04 B 21899 KIRK PAYTON